**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cheryl Lynn Lutts <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 13-19684 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8214

                                        Respectfully submitted,

                                        **/s/Denise Carlon, Esquire**
                                        Denise Carlon, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322  FAX (215) 627-7734