## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **CHERYL LYNN LUTTS,** | : | |
| | : | |
| Debtor | : | Bky. No.   13-19684 ELF |

# O R D E R

**AND NOW,** by agreement of the parties, it is hereby **ORDERED** that Bayview Loan Servicing LLC's Motion for Relief from the Automatic Stay is **WITHDRAWN WITHOUT PREJUDICE** and may be relisted for a hearing if the parties do not finalize a settlement with respect to the alleged postpetition delinquency on the subject mortgage.

Date:  May 30, 2017

**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**