United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheryl Lynn Lutts  
    Debtor

Case No. 13-19684-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 30, 2017  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
```
db             +Cheryl Lynn Lutts,    1234 Marlborough Street,    Philadelphia, PA 19125-3921
13324287        Bayview Loan Servicing,LLC,    M&T Bank,    PO Box 840,    Buffalo,NY 14240-0840
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          ISAAC F. SLEPNER    on behalf of Debtor Cheryl Lynn Lutts isaac@slepnerlaw.com
          JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| CHERYL LYNN LUTTS, | : | |
| | : | |
| Debtor | : | Bky. No.   13-19684 ELF |

## O R D E R

AND NOW, by agreement of the parties, it is hereby **ORDERED** that Bayview Loan Servicing LLC's Motion for Relief from the Automatic Stay is **WITHDRAWN WITHOUT PREJUDICE** and may be relisted for a hearing if the parties do not finalize a settlement with respect to the alleged postpetition delinquency on the subject mortgage.

Date: May 30, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**