# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 13-19684-ELF

CHERYL LYNN LUTTS

1234 MARLBOROUGH STREET

PHILADELPHIA, PA 19125

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHERYL LYNN LUTTS

    1234 MARLBOROUGH STREET

    PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

    ISAAC F SLEPNER ESQ
    2628 MARTHA ST
    SUITE 2A
    PHILA, PA 19125-

Date: 9/19/2017

                                    /S/ William C. Miller
                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee