# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 13-19684-ELF

CHERYL LYNN LUTTS

1234 MARLBOROUGH STREET

PHILADELPHIA, PA 19125

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHERYL LYNN LUTTS

    1234 MARLBOROUGH STREET

    PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

    ISAAC F SLEPNER ESQ
    2628 MARTHA ST
    SUITE 2A
    PHILA, PA 19125-

                                            /S/ William C. Miller

Date: 6/4/2018                                 _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee