United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cheryl Lynn Lutts
    Debtor

Case No. 13-19684-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Dec 06, 2018
                              Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
13324287      Bayview Loan Servicing,LLC,   M&T Bank,   PO Box 840,   Buffalo,NY 14240-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
        ANDREW SPIVACK   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
         bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   Bayview Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        ISAAC F. SLEPNER   on behalf of Debtor Cheryl Lynn Lutts isaac@slepnerlaw.com
        JEROME B. BLANK   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        MARIO J. HANYON   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        PAUL WILLIAM CRESSMAN   on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
         Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                       TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-19684-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Cheryl Lynn Lutts
1234 Marlborough Street
Philadelphia PA 19125

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/04/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Bayview Loan Servicing,LLC, M&T Bank, PO Box 840, Buffalo,NY 14240-0840 | BAYVIEW LOAN SERVICING LLC<br>4425 Ponce de Leon Blvd.<br>5th Floor<br>Coral Gables, FL 33146 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/08/18

Tim McGrath
**CLERK OF THE COURT**