United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-19684-elf
Cheryl Lynn Lutts                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Mar 18, 2019
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db              +Cheryl Lynn Lutts,   1234 Marlborough Street,   Philadelphia, PA 19125-3921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
         bkgroup@kmllawgroup.com
        DENISE ELIZABETH CARLON    on behalf of Creditor    Bayview Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        ISAAC F. SLEPNER    on behalf of Debtor Cheryl Lynn Lutts isaac@slepnerlaw.com
        JEROME B. BLANK    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        PAUL WILLIAM CRESSMAN    on behalf of Creditor   Bayview Loan Servicing, LLC paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
         Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Cheryl Lynn Lutts                                    : Case No. 13–19684–elf
       Debtor(s)


### *ORDER*
_____


    AND NOW, this day , March 18, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

180
Form 195